SEALED  FILED JUL 24 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare St., Room 4401
Fresno, CA 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEARCH OF: | CASE NO. 1:17 SW 00240 EPG |
|---|---|
| THE UNDEVELOPED AREA OF SIERRA NATIONAL FOREST, MADERA COUNTY, WITH APPROXIMATE GPS COORDINATES N37 14.459', W-119 26.918', AND ANY SATELLITE MARIJUANA GROW SITES | ORDER FOR DESTRUCTION OF BULK MARIJUANA SEIZURE |

The United States of America having applied to this Court for an order permitting its agents to destroy any bulk marijuana seized in connection with the execution of search warrants in this matter pursuant to duly authorized search warrants, and good cause appearing therefor,

IT IS HEREBY ORDERED that the U.S. Forest Service and other investigative agencies involved in the investigation of this matter are authorized to destroy any bulk marijuana plants seized in this case after they are counted and, if possible, weighed, after the entire cultivation site is photographed and/or videotaped, and after a representative sample consisting of no more than three kilograms and a sample aggregate portion of the whole amount is retained for chemical testing.

Dated: July 23, 2017



ERICA P. GROSJEAN
U.S. MAGISTRATE JUDGE

Destruction Order      1